**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AHMAD MOHAMMED AL DARBI**    **)** | |
| **)** | |
| *Petitioner*,    **)** | |
| **)** | **Civil Action No. 05-2371 (RCL)** |
| v.    **)** | |
| **)** | |
| **BARACK OBAMA, et al.**    **)** | |
| **)** | |
| *Respondents*.    **)** | |
| **)** | |
| **)** | |
| **)** | |

## ORDER

After a consultation with government and petitioner's counsel at a status conference on May 8, 2009, it is hereby

ORDERED that the government shall produce all exculpatory evidence by May 12, 2009. It is further

ORDERED that the petitioner shall file his discovery motion, if any, by June 5, 2009. The reply and opposition to the discovery motion shall be filed in accordance with the Local Rules and the Federal Rules of Civil Procedure.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on May 8, 2009.